UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 3:12-CV-30203-MAP

ROSALIND MINAHAN,                          )
    Plaintiff                               )
                                           )
vs.                                        )
                                           )
TOWN OF EAST LONGMEADOW,                   )
KATHLEEN M. TRANGHESE, K & D HUMAN         )
RESOURCES, NICHOLAS BREAULT,               )
JAMES DRISCOLL, TOWN OF EAST               )
LONGMEADOW BOARD OF SELECTMEN,             )
THOMAS CALIENTO, ENRICO VILLAMANO,         )
PAUL FEDERICI, and ROBYN MACDONALD         )
    Defendants                              )

**DEFENDANTS, KATHLEEN M. TRANGHESE AND K&D HUMAN RESOURCES'
MOTION TO DISMISS, OR, IN THE ALTERNATIVE,
MOTION FOR A MORE DEFINITE STATEMENT**

NOW COME Defendants, Kathleen M. Tranghese and K&D Human Resources

(hereinafter "Defendants"), pursuant to Federal Rule of Civil Procedure 12(b)(6), and hereby

move to dismiss Plaintiff Rosalind Minahan's (hereinafter "Plaintiff") Complaint as to all claims

asserted against them for failure to state a claim upon which relief can be granted.  In support

thereof, Defendants rely on the reasons set forth in the accompanying Memorandum of Law.

Alternatively, Defendants hereby move for a more definite statement pursuant to Federal

Rule of Civil Procedure 12(e).  In support thereof, Defendants rely on the reasons set forth in the

accompanying Memorandum of Law.

*ALLOWED based on the merits of the defendants'
arguments and upon the absence of any
opposition. So Ordered.*

*Michael C. Ponsor USDJ*

*5-2-13*