UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No. 3:12-cv-30203

ROSALIND MINAHAN,
Plaintiff,

v.

KATHLEEN M. TRANGHESE, ET AL.,
Defendants,

**PLAINTIFF'S ASSENTED TO MOTION TO RECONSIDER ORDER OF MAY 2, 2013, (PAPER #39), AND FOR LEAVE OF COURT TO ENLARGE TIME TO FILE OPPOSITION TO DEFENDANT, KATHLEEN TRAHNGESE'S MOTION TO DISMISS**

Now comes plaintiff in the above captioned matter, and with the assent of Defendant, Kathleen Tranghese,(KT) and moves this court to reconsider the Order entered by the Honorable Michael A. Ponsor, on M ay 2, 2013, (paper #39), and for leave of court to enlarge the time for filing an opposition to Defendant Tranghese's Motion to Dismiss, for good cause shown and in the interests of justice.

Plaintiff's counsel had been in communication with opposing counsel, Kevin Murphy, Esq., concerning the timing and length of the opposition under the circumstances and plaintiff's counsel obtained assent to file a motion for leave to enlarge time to file an opposition, under the circumstances of the course of

ALLOWED. Counsel is reminded that opposition to motions is required within fourteen days absent leave of court. See Local Rule 7.1(B)(2). Also leave of court is required where a memo exceeds 20 pages. See L.R. 7.1.(B)(4).

The order allowing Defendant Tranghese's motion to dismiss is hereby vacated.

Plaintiff's unnumbered opposition exceeds the limit and cannot be docketed or considered without re-filing with numbered pages - and a motion for leave to file over the limit. So ordered. Michael A. Ponsor U.S.D.J. 5-8-13