```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS
```

ROSALIND MINAHAN,            )
        Plaintiff            )
                             )
                v.           )   C.A. NO. 12-cv-30203-MAP
                             )
TOWN OF EAST LONGMEADOW,     )
ET AL.,                      )
        Defendants           )


### MEMORANDUM AND ORDER REGARDING REPORT AND RECOMMENDATION WITH REGARD TO DEFENDANTS' MOTION TO STRIKE
(Dkt. Nos. 73 & 79)

May 15, 2014

PONSOR, U.S.D.J.

   Having reviewed the substance of Magistrate Judge David H. Hennessy's Report and Recommendation dated April 22, 2014 and finding it meritorious, and noting that there is no objection, the court, upon de novo review, hereby ADOPTS the Report and Recommendation (Dkt. No. 79). Based upon this, Defendants' Motion to Strike (Dkt. No. 73) is hereby DENIED.

   It is So Ordered.

                              /s/ Michael A. Ponsor
                              MICHAEL A. PONSOR
                              U. S. District Judge